UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A SANDERS,

    Plaintiff,

v.                                                                           Case No. 3:21cv4766-MCR-HTC

FLORIDA DEPARTMENT OF CORRECTIONS,
JUDGE STASIA WARREN,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on January 12, 2022. ECF No. 3. The Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this Order.

Case No. 3:21cv4766-MCR-HTC

2. This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's abuse of the judicial process and because he is a three-striker under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to close the file.

**DONE AND ORDERED** this 22nd day of April 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**